# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KAISER PARTNER TRUST SERVICE ANSTALT,

Appellant,

v.

ABAY SARSEKEYEV and GREER BAY, LLC

Appellees.

No. 2D23-978

———————————————

November 17, 2023

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Manatee County; Charles P. Sniffen, Judge.

Darol H.M. Carr of Farr, Farr, Emerich, Hackett, Carr and Holmes, P.A., Punta Gorda, for Appellant.

John A. Anthony and Nicholas Lafalce of Anthony & Partners, LLC, Tampa, for Appellees.

PER CURIAM.

    Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.